UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

00 - 0161 CR-GRAHAM

NO. _____

MAGISTRATE JUDGE
TURNOFF

21 U.S.C. § 846

UNITED STATES OF AMERICA

v.

MARTA PELAEZ,
GAIL VERA MATHEWS,
JAMES RIFFIN HORTON,
ADRIAN TASMIN HOLMES,
ALEX EDUARDO CASTILLO, and
WILLIAM GUSTAVO CASTRO-GUARIN
_____/

INDICTMENT

The Grand Jury charges that:

COUNT I

From on or about October 1, 1999, and continuing through on or about February 29, 2000, at Miami, Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

MARTA PELAEZ,
GAIL VERA MATHEWS,
JAMES RIFFIN HORTON,
ADRIAN TASMIN HOLMES,
ALEX EDUARDO CASTILLO, and
WILLIAM GUSTAVO CASTRO-GUARIN,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons, known and unknown to the Grand Jury, to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of

MAR 3 2000

Rec'd in MIA DKT _at 43_

cocaine, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID S. WEINSTEIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA      CASE NO. 00 - 0161 CR-GRAHAM

v.                                            MAGISTRATE JUDGE
                                              TURNOFF
**CERTIFICATE OF TRIAL ATTORNEY**

MARTA PELAEZ, et al.
_____/      Superseding Information
**Court Division:** (Select One)      New Defendant(s)           Yes _____    No _____
                                      Number of New Defendants _____
 X   Miami _____ Key West            Total number of counts    _____
_____ FTL _____ WPB _____ FTP

I do hereby certify that:

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:          (Yes or No) _Yes_____
    List language and/or dialect _____Spanish_____                    ⊕

4.  This case will take    6    days for the parties to try.

5.  Please check appropriate category and type of offense listed below:
    (Check only one)                              (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ | |
| II | 6 to 10 days | X | Minor | _____ | |
| III | 11 to 20 days | _____ | Misdem. | _____ | |
| IV | 21 to 60 days | _____ | Felony | X | |
| V | 61 days and over | _____ | | | |

6.  Has this case been previously filed in this District Court? (Yes or No)    No
    If yes:
Judge: _____      _____

Case No.
(Attach copy of dispositive order)
Has a complaint been filed in this matter? (Yes or No)        No
If yes:
    Magistrate Case No.    _____   _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of  February 29, 2000 _____
Defendant(s) in state custody as of  _____
Rule 20 from the _____      District of _____
Is this a potential death penalty case? (Yes or No) _____ No

7.  Does this case originate from a matter pending in the U. S. Attorney's Office prior to
    April 1, 1999? _____ Yes  X  No    If yes, was it pending in the Central Region? _____ Yes  x  No

                                DAVID S. WEINSTEIN
                                ASSISTANT UNITED STATE ATTORNEY

                                Florida Bar No. 749214

*Penalty Sheet(s) attached                                            REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

00 - 0161 CR-GRAHAM

MAGISTRATE JUDGE
TURNOFF

Defendant's Name:____Marta Pelaez_____

Counts #: 1_____Conspiracy to Distribute Cocaine_____

_____21 U.S.C. § 846_____

**\*Max Penalty:**_____Life Imprisonment_____

**Count #: 2**_____

_____

**\*Max Penalty:**_____

**Count # 3**_____

_____

**\*Max Penalty:**_____

**Count #: 4**_____

_____

**Max. Penalty:**_____

**Count #. 5**_____

_____

**Max. Penalty.**_____

**Count #. 6**_____

_____

**Max. Penalty.**_____

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

# 00 - 0161 CR-GRAHAM

**Defendant's Name:**      Gail Vera Mathews

MAGISTRATE JUDGE
TURNOFF

**Counts #: 1**                 Conspiracy to Distribute Cocaine

21 U.S.C. § 846

**\*Max Penalty:**          Life Imprisonment

**Count #:  2**

**\*Max Penalty:**

**Count # 3**

**\*Max Penalty:**

**Count #: 4**

**Max. Penalty:**

**Count #. 5**

**Max. Penalty.**

**Count #. 6**

**Max. Penalty.**

Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

## 00 - 0161 CR-GRAHAM

MAGISTRATE JUDGE
TURNOFF

Defendant's Name:    James Riffin Horton

Counts #: 1          Conspiracy to Distribute Cocaine

                     21 U.S.C. § 846

*Max Penalty:        Life Imprisonment

Count #:  2



*Max Penalty:

 Count # 3



*Max Penalty:

Count #: 4



 Max. Penalty:

Count #. 5



Max. Penalty.

Count #. 6



Max. Penalty.


Refers only to possible term of incarceration, does not include possible fines, restitution,
special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

00 - 0161 CR-GRAHAM

**Defendant's Name:**    Adrian Tasmin Holmes                MAGISTRATE JUDGE
                                                                                      TURNOFF

Counts #: 1              Conspiracy to Distribute Cocaine

                        21 U.S.C. § 846

**\*Max Penalty:**       Life Imprisonment

Count #: 2

_____

**\*Max Penalty:**

Count # 3

_____

**\*Max Penalty:**

Count #: 4

_____

Max. Penalty:

Count #. 5

_____

Max. Penalty.

Count #. 6

_____

Max. Penalty.

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

# 00 - 0161 CR-GRAHAM

**Defendant's Name:**  Alex Eduardo Castillo

MAGISTRATE JUDGE
TURNOFF

**Counts #: 1**        Conspiracy to Distribute Cocaine

21 U.S.C. § 846

**\*Max Penalty:**        Life Imprisonment

**Count #: 2**

**\*Max Penalty:**

**Count # 3**

**\*Max Penalty:**

**Count #: 4**

**Max. Penalty:**

**Count #. 5**

**Max. Penalty.**

**Count #. 6**

**Max. Penalty.**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

00 - 0161 CR-GRAHAM

RENALTY SHEET

MAGISTRATE JUDGE
TURNOFF

**Defendant's Name:**   William Gustavo Castro-Guarin

Counts #: 1          Conspiracy to Distribute Cocaine

21 U.S.C. § 846

**\*Max Penalty:**       Life Imprisonment

**Count #:  2**

**\*Max Penalty:**

**Count # 3**

**\*Max Penalty:**

**Count #: 4**

**Max. Penalty:**

**Count #. 5**

**Max. Penalty.**

**Count #. 6**

**Max. Penalty.**

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

GRAND JURY INDICTMENT NO.     993-MCR-0369

FORM DBD-34
JUN. 43

# 00- 0161 CR-GRAHAM

No. _____

## UNITED STATES DISTRICT COURT

SOUTHERN ——   District of   FLORIDA ——

—— CRIMINAL —— Division

## THE UNITED STATES OF AMERICA

vs.

MARTA PELAEZ, GAIL VERA MATHEWS, JAMES RIFFIN HORTON,
ADRIAN TASMIN HOLMES, ALEX EDUARDO CASTILLO, and
WILLIAM GUSTAVO CASTRO-GUARIN

### INDICTMENT

IN VIOLATION OF:   21 U.S.C. 846

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D. 19 _____

_____
Clerk

Bail $ _____

MAGISTRATE JUDGE
TURNOFF