IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

WILLAIM CASTRO-GUARIN        :
            Movant,          :

      -Vs-                   :       00-161-CR-Gramham

UNITED STATES OF AMERICA     :
            Respondent.      :

              :    :    :    :    :

**MOTION FOR RETURN OF PROPERTY**

Comes now pro-se, Movant William Castro-Guarin, and moves this Honorable Court for an Order for return of property pursuant to Rule 41(e) of the Federal Rules of Criminal Procedure. In support of this motion, the movant submits the following:

1. On February 29, 2000, the F.B.I. executed both search and arrest warrant at 2532 Rio Lisbo Ct., Punta Goada, Florida, and 5281 Boyle Terrace, Port Charlotte Florida, which listed for seizure drugs and drug parapharnelias, United States currencies and any materials of drug proceeds.

2. During the search of the above-mentioned residents, the F.B.I. seized from the Movant personal documents, missellaneous papers e.c.t., (see, attached exhibits).

3. Movant Guarin contends the aboved seized property was only in part and none of the evidence were subject to forfeiture

1.



except drugs and currencies and a few minor items.

4. That the above seized property was not the subject of forfeiture since some of the property were used as evidence and there was no notice filed with Movant notifying him that (attached exhibits) would be forfeited. <u>Robinson County</u>, N.C.E.D.N.C. 1992, 803 F.Supp. 1080)(requiring notification in property forfeiture).

5. The Movant Guarin, further submits that the above (attached exhibits) seized property is neither contraband or objects from crimes, nor is such property subject for destruction. <u>See</u> <u>United States v. Jeffers</u>, 342 U.S. 48, 54, 72 S.Ct. 93, 96 L.Ed.3d 170 (1965)(establishing that a claimant has no right "to have [per-se contraband] returned to him).

6. The Movant further suggest that seized property other than contraband should be returned to it's rightful owner once criminal proceedings as in this case, has been terminated. <u>See</u> <u>United States v. Lafatch</u>, 565 F.2d 81, 83 (1977).

7. The Movant moreover asserts that since the government and (F.B.I.) only used some of the property as evidence at trial (guilty plea) and only for purpose of establishing movant's relationship to the residence(s) or other items and when there was no evidence that such property were products of drugs proceeds nor used to facilitate any drug offense than such property should be returned.

8. The Movant contends that the Court may rightfully refuse to return claimed property only when it falls into one of

three categories which is not the case here and thus such property should be returned. See <u>United States v. Farrell</u>, 606 F.2d at 1347 (noting that the Courts may rightfully refuse to return claimed property when it is either (1) the property involved is contraband; (2) The property involved is forfeit pursuant to the statute; or (3) the property involved is subject to government retention pending termination of the trial or sentencing).

Wherefore, for the foregoing reasons the Movant William Castro-Guarin, for the foregoing reasons respectfully request and thus pray this Honorable Court ORDER the government or F.B.I. to return of mavant's above attached property.

Respectfully Submitted,

_William Castro-Guarin, Pro-Se_
Reg.# 33204-018
F.C.I. Loretto
Dated  9/4/01  , 2001.      P.O. Box 1000
Loretto, Pa. 15940

3.

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be served upon the Assistant United States Attorney David Weinstein, 99 NE, 4th Street, Miami, Florida 33132, a true and correct copy of the foregoing by mailing prepaid mail on this _____9th_____ day of ____September____, 2001.

_____

William Castro-Guarin, Pro-Se

4.

Exhibit A

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245B-MM-93575

On (date) 2/29/00

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) MARINE VESSEL "CHAZMANIA" DL 52185

(Street Address) 2532 RIO LISBO CT

(City) PUNTA GORDA, FL

Description of Item(s):

20) IBM THINKPAD IN BLACK CASE
21) 20 COLOR PHOTOS FROM COFFEE TABLE
22) NIKON BLACK CAMERA IN NYLON BAG
23) WALLET W/ MISCELLANEOUS PAPERS
24) BREITLING CRONOMAT WATCH #20239
25) 3 POSTER BOARDS W/ MOUNTED COLOR PHOTOS
26) RED/YELLOW/BLUE REEBOK BAG WITH MISCELLANEOUS PHOTOS/SLIDES/PAPERS
27) ZENIT NV-100 NIGHT VISION

Received By: _____ #227 Received From: _____
              (Signature)                                (Signature)

66

EXHIBIT B

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245E MM 73575

On (date) 2/29/00

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) MOVING VESSEL CHAZMANIA DL 52185

(Street Address) 2532 RIO LISBO CT

(City) PUNTA GORDA FL

Description of Item(s):

1) TASCO BINOCULARS
2) APELCO VHF 510 RADIO
3) CHARTBOOK
4) GARMIN GPS 45
5) BLUE IKELITE SPOTLIGHT
6) BLACK NYLON BAG w/ CHARTS & BOOKS
7) MANILA FOLDER MARKED "PURCHASE PAPERS"
8) TWENTY COLOR PHOTOS FROM B.D. NYLON BAG
9) NOKIA CELLPHONE 954/812-7171
10) JVC GR-DVM5 DIGITAL VIDEO CAMERA
11) TASCO OFFSHORE 21 BINOCULARS
12) NIKON ED AF NIKKOR 50-200 LENS
13) 3 HOMEMADE VIDEOCASSETTE TAPES
14) 2 MICRO VIDEOCASSETTE TAPES
15) CLEAR IKELITE SPOTLIGHT
16) JEGS MAGAZINE
17) 25 COLOR PHOTOS FROM STARBOARD SALON CAB
18) RICOH KR10M 35MM CAMERA
19) YELLOW TABLET w/ PAPERS

Received By: [Signature] #22  Received From: _____
(Signature)                                    (Signature)

65

Exhibit C

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245B-mm-93575

On (date) 2/29/00

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) — SEARCH —
(Street Address) 5281 Boyle Terrace
(City) Port Charlotte, FL

Description of Item(s):
1. Book titled "Colombia el Libro Secreto de la ?"
2. Two South Florida maps
3. Misc papers
4. Five beepers
5. One black bag
6. Seven cell phone chargers
7. Two cell phone batteries
8. One Kenwood TH-205AT VHF radio
9. One Sprint charger

Received By: Edwardo [signature]   Received From: _____
(Signature)                              (Signature)

35

EXHIBIT D

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 02/29/00 | 02/29/00 12:00pm | Copy left at residence and provided to [illegible] |

INVENTORY MADE IN PRESENCE OF

SA Gavin Gumbrenner + SA Richard Stout

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) 17 Black Duffel Bags containing 479 bricks of Cocaine
2) See Attached FD-597's Receipt for property
3) One 1995 Buick LeSabre FL License Plate UDJ-57W   Brown Color
4) One 1991 Lincoln Towncar FL License Plate A38-TFE   White Color
5) Two compartment hatch covers from Boat Chazmania
6) Vessel Named Chazmania   registration number OL 5218-S

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_ U.S. Judge or Magistrate Judge    March 3, 2000   Date

57

Exhibit E

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # _2452 in. 4337?_

On (date) _2-24-2000_

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name)_____

(Street Address)_____

(City)_____

Description of Item(s): _Bedroom 1_

① Bedroom 1 - Blue shirt/Luza Blue pants/Black boots/Black curry bag located on floor
② Bedroom 1 - *illegible medication*, James L. Mozen Curtin Arms note found on desktop - *ink*
③ Bedroom 1 - *illegible* Vega 1 *illegible* col. Joan *illegible* Jr / N2P *illegible* / Red Snapper Cad 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 *illegible*
④ Bedroom 1 - *illegible* Self keep, *illegible*-cafe, $146 in US Cu *illegible*, People's Fund *illegible* three pieces on desk *illegible*
⑤ Bedroom 1 - *illegible* walk-*illegible* on desk *illegible* company # *illegible* - US Currency, Francis *illegible* been to Three Were Vision *illegible*

Received By: _(Signature)_    Received From: _____ (Signature)

EXHIBIT I

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 245B-mm-93575

On (date) 2/29/2000

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): Bedroom 2 - on Floor

① Realistic Scanner  0096043  on Freq. 144.230
② Radioshack Transceiver  0131744 , II on Freq 144.230
③ Radio Shack Transceiver  AA0191120 on Freq. 144.230
④ Radio shack Transceiver  AA0191120 , no battery
⑤ Kenwood Transceiver  ALHTH26A on Freq 144.230
⑥ 4 Chargers
⑦ 3 headset microphone earpieces
⑧ 1 cigarette lighter charger
⑨ 1 knife found in back pack

Bedroom 2 - Closet

⑩ JM 20 Portable RF Detector in black case, Found on shelf
⑪ Baggy with several earpiece microphones
⑫ Baggy with six (6) spare batteries for Transceivers

Received By: ___[Signature]___        Received From: _____
                (Signature)                                (Signature)

59

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 245B-mm-G3575

On (date) 2/29/2000

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): Bedroom 3 - Gail Mathews Room

① Sprint Sanyo Cellular Telephone found on end table ESN$^{DEC}$ 24701566118 ESN HEX F717E5A6 01.

② Luggage Tracking Tags located on green suitcase w/ name-tag of Carmen Maestone. Luggage located in Foyer

③ Travel Tax Receipt Belize located in multicolored handbag. Misc. U.S. and Belize Change

Received By: _____ (Signature)

Received From: _____ (Signature)

60

EXHIBIT I

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 2456-MM - 93575

On (date) 2/29/2000

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s):   Living Room 1

① Dark Blue jacket and leatherman tool, c on couch
② Realistic Transceiver 065277 located on sewing table
③ 1 headset earpiece located on end table
④ 1 Celestron Telescope located next to sliding glass door

Received By: _____ (Signature)     Received From: _____ (Signature)

61

Exhibit J

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 245R-MM-G3575

On (date) 2/29/2000

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): Kitchen - Purse located on counter - Martha Munoz

① Sprint cellular phone ESN DEC 24901566127 ESN HEX F717E5AF
② Sprint cellular phone serial no. 672977, 17602966737, B02D44D1
③ Radio Shack receipt for Sprint phone
④ Motorola pager A05CPB5811AA
⑤ Pager
⑥ Colombian ID - Martha Pelaez Munoz
⑦ Colombian Driver's License Martha Pelaez Munoz
⑧ ID card for Martha Pelaez

Brown purse - Gail Mathew
⑨ US Cash $3296⁰⁰, $600⁰⁰ in American Express Travelers Checks
⑩ 3 prepaid 120 minute, 1 prepaid $20⁰⁰ phone card
⑪ 2 Nokia phone batteries
⑫ 1 Car phone Charger    ⑱ 2 receipts Walmart, Publix
⑬ 1 set of keys
⑭ 1 Leatherman
⑮ 1 key
⑯ 1 garage door opener w/ Ric Lisbo written on back
⑰ Black bill fold containing license and credit cards for Gal Mathew

Received By: _____     Received From: _____
            (Signature)                        (Signature)

62

Case 1:00-cr-00161-DLG Document 164 Entered on FLSD Docket 09/11/2001 Page 14 of

EXHIBIT K

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 2/26/2000

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) _____
(City) _____

Description of Item(s): Kitchen Curro

① $ XOF US Dollars
② Recons (2)
③ Visicos roo 2/27/200 OuF  Vcb- Ccm, C
④ 2  c
⑤ Sony  x power cord pluy   cucc
         Kron Desk
⑥ My  b  ue

Received By: _____ (Signature)     Received From: _____ (Signature)

63

EXHIBIT 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __2453-mm-63575__

On (date) __2/29/2000__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) _____

(City) _____

Description of Item(s): __Family room__

1. Black purse located on end table (containing);
2. Sanyo AC adaptor
3. Sprint desktop charger
4. Telephone adaptor
5. earpiece
6. Kool Cigarette package
7. #10⁰⁰ phone card 1800 899-6971 PIN 163-485-9914
8. Spare Battery
9. One black set sneaker pants and shirt, black sneakers located on ottoman.
10. One Craftsman back supporter located in baggy on floor

. Cabana Bathroom
11. One black duffel bag containing a tarp, dried latex caulking, latex gloves and (a Kool cigarette butt (located with cocaine ~~Butt~~); 7 bundles seized by DEA).

Received By: __[signature]__      Received From: _____
              (Signature)                          (Signature)

64